UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

QUIANNA CAMPBELL,
Defendant.

Case No. 1:20mj183

( M.J. Litkovitz )

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: **Official Reporter,** Sue Lopreato
Date/Time: **February 14, 2020 at 1:30 PM**

United States Attorney: Kenneth Parker    Defendant Attorney: Karen Savir, AFPD

[ X ] Initial Appearance Hearing on [X] Complaint; [] Indictment; [] Information; or [] petition for probation / supervised release [] Rule 5(c)(3) out of _____ ; [] pretrial release violation; [] Other matters _____
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed.  [X] FPD or _____ CJA

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____    Defendant Witness _____
[ ] OR   [X] Secured with  No Amount OR   [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____
[ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [] waived; [ ] bond continued/denied
AUSA Witnesses: _____    Defendant Witnesses: _____
_____
AUSA Exhibits: _____    Defendant Exhibits: _____
[X] Preliminary Exam Hearing set  March 6, 2020 @ 1:30pm before MJ Bowman.
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information or [] Superseding Indictment:*
Defendant waives reading of: [ ] Indict    [ ] Info   [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks:  USA's request to unseal this matter was Granted by the Court